# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>INFORMATION ASSOCIATED WITH ACCOUNT "MotleyCrueforever1"; UC9sALwq0K77uPsHEGjDymWg [YouTube External Channel ID]; 788914413071 [Google Account ID]; Gaia ID 27028909677 THAT IS STORED AT PREMISES CONTROLLED BY Google LLC. | ) ) ) ) ) ) ) | Case No.  4:22 MJ 1266 JMB<br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    NORTHERN    District of    CALIFORNIA
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    August 5, 2022    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable John M. Bodenhausen, U.S. Magistrate Judge
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    22 July 2022   8:35 a.m.

*Judge's signature*

City and state:    St. Louis, MO                         Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>  4:22 MJ 1266 JMB | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>                                                                                                          _____<br>                                                                                                                  *Executing officer's signature*<br><br>                                                                                                          _____<br>                                                                                                                  *Printed name and title* |

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with **YouTube Username/Screen name/ Display Name "MotleyCrueforever1"; UC9sALwq0K77uPsHEGjDymWg [YouTube External Channel ID]; 788914413071 [Google Account ID]; Gaia ID 27028909677** that is stored at premises owned, maintained, controlled, or operated by **Google LLC**, a company headquartered at **1600 Amphitheatre Parkway, Mountain View, California 94043**.

**ATTACHMENT B**

**Particular Things to be Seized**

I. **Information to be disclosed by Google LLC**

To the extent that the information described in Attachment A is within the possession, custody, or control of **Google LLC**, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to **Google LLC**, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), **Google LLC** is required to disclose the following information, from **January 1, 2022** to **July 21, 2022**, to the United States for each account or identifier listed in Attachment A:

    a.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    b.    The types of service utilized by the user;

    c.    Live stream videos in which the account holder was either the creator or contributor of the videos.

    d.    Viewer comments associated with the live stream videos.

    e.    All records pertaining to communications between **Google LLC** and any person regarding the account, including contacts with support services and records of actions taken.

**The Provider is hereby ordered to disclose the above information to the United States within fourteen days of service of this warrant.**

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of **Title 18 U.S. Code § 875 - Interstate Threats/Communications and Title 18 U.S. Code § 249 – the Hate Crimes Act** involving **Nicholas Richard Mester and/or unknown persons**, username/screen name/display name **"MotleyCrueforever1"; UC9sALwq0K77uPsHEGjDymWg [YouTube External Channel ID]; 788914413071 [Google Account ID]; Gaia ID 27028909677** since **January 1, 2022** including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Live stream videos posted onto the account where threats have been made to African American and Latino persons

(b) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _____, and my official title is _____. I am a custodian of records for_____. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _____; and

    c.    such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date                                 Signature