UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | No.4:22 MJ 1266 JMB |
| INFORMATION ASSOCIATED WITH ) | |
| ACCOUNT "MotleyCrueforever1"; ) | **FILED UNDER SEAL** |
| UC9sALwq0K77uPsHEGjDymWg [YouTube ) | |
| External Channel ID]; 788914413071 [Google ) | |
| Account ID]; Gaia ID 27028909677 THAT IS ) | |
| STORED AT PREMISES CONTROLLED BY ) | |
| Google LLC. ) | |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and, Colleen C. Lang, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant and affidavit entered by this Court be sealed until January 22, 2023, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the warrant, along with its application, affidavit, and return, be sealed until January 22, 2023.

Dated this <u>22nd</u> day of July 2022.

                                          Respectfully submitted,

                                          SAYLER A. FLEMING
                                          United States Attorney

                                          */s/ Colleen C. Lang*
                                          COLLEEN C. LANG, #56872MO
                                          Assistant United States Attorney