UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| INFORMATION ASSOCIATED WITH ) | |
| ACCOUNT "MotleyCrueforever1"; ) | No. 4:22 MJ 1266 JMB |
| UC9sALwq0K77uPsHEGjDymWg [YouTube ) | |
| External Channel ID]; 788914413071 [Google ) | |
| Account ID]; Gaia ID 27028909677 THAT IS ) | |
| STORED AT PREMISES CONTROLLED ) | |
| BY Google LLC. ) | |

### ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, requesting the unsealing of the search warrant along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

JOHN M. BODENHAUSEN
United States Magistrate Judge

Dated this _____ day of _____.

2